UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIULI MANJGALADZE,<br>Petitioner,<br>v.<br>WARDEN, et al.,<br>Respondents. | Case No. 5:26-cv-02691 RGK (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Answer, Traverse, Surreply, and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge, dated September 11, 2026, [Dkt. No. 20]. No objections were filed and the time to do so has passed.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 20], is accepted;
2. The Petition is granted in part;

3. Petitioner must be provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within 7 days of the date of this Order; and

4. Judgment is to be entered accordingly.

DATED: 9/24/2026

THE HONORABLE R. GARY KLAUSNER
United States District Judge