JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GIULI MANJGALADZE,

Petitioner,

v.

WARDEN, et al.,

Respondents.

Case No. 5:26-cv-02691 RGK (ADS)

JUDGMENT

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the Petition is granted in part. Petitioner Giuli Manjgaladze (A#249-261-211) must be provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within 7 days of the date of the Order.

DATED: 9/24/2026

THE HONORABLE R. GARY KLAUSNER
United States District Judge